Teresa R. Clark
The Law Offices of Teresa Rose Clark, Ltd.
6030 N. Sheridan Road, #803
Chicago, IL 60660
Tel.: (773) 575-0291
Fax: (773) 207-6494
E-mail: teresa@rosedisabilitylaw.com

Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ethel Lorraine Stafford

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL LORRAINE STAFFORD, | Case No.: 2:21-cv-00282-CKD |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation (ECF No. 20), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: March 14, 2022   Respectfully submitted,

                         LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                           /s/ *Lawrence D. Rohlfing*
       BY: _____
                 Lawrence D. Rohlfing
                 Attorney for plaintiff

IT IS SO ORDERED.

Dated:  March 18, 2022

                                   _____
                                   CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE